# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Miscellaneous Docket No. 2016-107

IN RE TALARI NETWORKS, INC.

*Petitioner*.

## ENTRY OF APPEARANCE

Please enter my appearance (select one):

___ Pro Se   _x_ As counsel for: Talari Networks, Inc.

I am, or the party I represent is (select one):

_x_ Petitioner   ___ Respondent   ___ Amicus curiae   ___ Cross Appellants

___ Appellant   ___ Appellee   ___ Intervenor

As amicus curiae or intervenor, this party supports (select one):

___ Petitioner or appellant   ___ Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Richard G. Frenkel |
| Law firm: | Latham & Watkins LLP |
| Address: | 140 Scott Drive |
| City, State and ZIP: | Menlo Park, CA 94025 |
| Telephone: | (650) 328-4600 |
| Fax #: | (650) 463-2600 |
| E-mail address: | rick.frenkel@lw.com |

Statement to be completed by counsel only (select one):

  __x__ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

  ____ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

  ____ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): __November 28, 2000__

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

  ____ Yes          __x__ No

____ A courtroom accessible to the handicapped is required if oral argument is scheduled.

__January 21, 2016__          _/s/ Richard G. Frenkel_
      Date                                    Signature of counsel

cc:  Counsel of Record (*see* Certificate of Service)

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of January 2016, I electronically filed the foregoing Entry of Appearance with the United States Court of Appeals for the Federal Circuit through the Court's CM/ECF system.

I further certify that on this 21st day of January, 2016, I caused a copy of the foregoing to be served by FedEx next business day delivery upon the following:

Timothy J Carroll
Perkins Coie, LLP - Chicago
131 S. Dearborn Street
Suite 1700
Chicago, IL 60603
(312) 324-8446
tcarroll@perkinscoie.com

/s/ Richard G. Frenkel